**UNITED STATES of America,**
**Appellee,**

v.

**Andrew E. BRACKETT, Defendant,**
**Appellant.**

**No. 01–1854.**

United States Court of Appeals,
First Circuit.

Oct. 24, 2001.

Walter Hanstein, III, with whom Joyce, David & Hanstein, P.A., was on brief, for appellant.

F. Mark Terison, Senior Litigation Counsel, with whom Paula D. Silsby, United States Attorney, was on brief, for appellee.

Before SELYA, Circuit Judge, STAHL, Senior Circuit Judge, and DOUMAR,* Senior District Judge.

PER CURIAM.

This appeal was argued on September 14, 2001, in conjunction with several other appeals raising the same principal question: does an undifferentiated conviction under Maine's general-purpose assault statute, Me.Rev.Stat. Ann. tit. 17–A, § 207, constitute a conviction for a misdemeanor crime of domestic violence within the purview of 18 U.S.C. § 922(g)(9)? We answered that question affirmatively in *United States v. Nason*, 269 F.3d 10 (1st Cir. 2001). *Nason* is fully dispositive here. Accordingly, the defendant's conviction is affirmed.

*Affirmed.*

* Of the Eastern District of Virginia, sitting by    designation.